# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Amanda Dvoroznak, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Anthony Giddings, Welter Consulting, | ) | |
| Inc., and DHI Services, Inc., | ) | Case No. 1:16-cv-022 |
| | ) | |
| Defendant. | ) | |

On November 7, 2016, Attorney Sarah Andrews Hermann filed a notice of her withdrawal as counsel for Defendant DHI Services, Inc. The court authorizes Ms. Hermann to withdraw.

**IT IS SO ORDERED.**

Dated this 7th day of November, 2016.

>  */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court